John Hodak and Marie Hodak, appellees, v. P. J. Marlaire, appellant. Gen. No. 9,046.

Opinion filed April 13, 1936. Rehearing denied May 5, 1936.

E. A. Marcotte and Chas. D. Henry, Jr., for appellant. Mayhew & Drolet, for appellees.

Mr. Justice Wolfe delivered the opinion of the court.